**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7371**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

JAMES SCOTT ROBINSON,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:02-cr-00080-H-1; 5:13-cv-00463-H)

Submitted: March 25, 2016          Decided: May 27, 2016

Before MOTZ, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Scott Robinson, Appellant Pro Se. Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Scott Robinson seeks to appeal the district court's order denying his 28 U.S.C. § 2255 (2012) motion as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Robinson, No. 5:02-cr-00080-H-1; 5:13-cv-00463-H (E.D.N.C. July 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED